IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| VINCENT EUGENE WALKER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00173 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| JAMES WHITLEY, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

Plaintiff Vincent Eugene Walker, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. The court conditionally filed the complaint and advised Walker that he must notify the court in writing immediately upon his transfer or release and provide the court with a new address. The court warned Walker that failure to notify the court of a change of address would result in dismissal of his case. On May 16, 2016, a service order that was mailed to Walker was returned to the court as undeliverable and marked "Return to sender: Inmate not at this facility." Walker has not provided the court with an updated address and, therefore, the court has no means of contacting him. Accordingly, I will dismiss Walker's complaint without prejudice for failure to comply with the court's order. Walker is advised that he may refile his claims in a separate action.

    **ENTER**: This __27th__ day of May, 2016.

 

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE