**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **VINCENT EUGENE WALKER,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:16cv00173** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JAMES WHITLEY,** *et al.***,** | ) | **By: Norman K. Moon** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the memorandum opinion and order entered this day, it is hereby

**ORDERED** that this action is **DISMISSED without prejudice** and **STRICKEN** from the

active docket of this court.

The Clerk is directed to send a copy of this order and the accompanying memorandum

opinion to the defendants and to plaintiff at his last known address.

**ENTER**: This __27th__ day of May, 2016.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE